UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80155-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PETER DEL TORO,
JACKLYN RUBINO,
TIMOTHY SIGMAN,

    Defendants.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendants' Motion to Dismiss and Alternative Motion for Evidentiary Hearing [DE's 967, 1163] and the Magistrate Judge's Report and Recommendation [DE 1196]. After a *de novo* review of Defendants' Motion, the Report of the Magistrate Judge, Defendant's Objections [DE 1211] and the entire record, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** Defendants' Motion to Dismiss **[DE 967]** is **DENIED.**

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of November, 2013.

                                                  KENNETH A. MARRA
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel